UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| EMILIANO HERRERA-VELAZQUEZ; GASPAR RESENDIZ-ALVAREZ; HILDEBERTO VELAZQUEZ-CAMACHO; ISAIAS MARTINEZ-ZAVALA; MARTHA HUNTER; HEATHER PARKER; JOSEPH LITTLES; MICHAEL LEE ARMSTRONG; PATRICK CONEY; CHERYL WRIGHT; TAMMIE ANTHONY; ANGELA DAY; LINDA POPE; JUAN HERNANDEZ-MARQUEZ; and all others similarly situated, | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION: 6:14-cv-00127-BAE-GRS |
| Plaintiffs | §<br>§ | |
| v. | §<br>§ | |
| PLANTATION SWEETS, INC.; VIDALIA PLANTATION, INC.; RONALD A. COLLINS; NARCISO PEREZ; and PEREZ FORESTRY, LLC, | §<br>§<br>§<br>§<br>§ | |
| Defendants | § | |

## ANSWER OF DEFENDANT PLANTATION SWEETS, INC.

COMES NOW, Plantation Sweets, Inc., Defendant in the above styled

action, and files this, its Answer to Plaintiffs' Amended Complaint, and shows the

Court the following:

1

## FIRST DEFENSE

Plaintiffs' claim fails to state a claim for which relief may be granted.

## SECOND DEFENSE

Claims alleged in Plaintiffs' complaint are barred by settlement and release.

## THIRD DEFENSE

Plaintiffs' claims are barred by estoppel.

## FOURTH DEFENSE

Plaintiffs' claims are barred by accord and satisfaction.

## FIFTH DEFENSE

Plaintiffs' claims are barred by res judicata.

## SIXTH DEFENSE

Plaintiffs' claims are barred by waiver.

## SEVENTH DEFENSE

Some or all of the claims of some or all of the individuals may be barred by the applicable statute of limitations.

## EIGHTH DEFENSE

Defendant Plantation Sweets, Inc. is not a party to any alleged contract as shown on the face of the alleged contracts attached to the complaint.

2

## NINTH DEFENSE

Defendant Plantation Sweets, Inc. is not liable to Plaintiffs because it is not the Plaintiffs' employer or joint employer.

## TENTH DEFENSE

Plaintiffs did not suffer any damages as a result of any actions taken by Defendant Plantation Sweets, Inc.

## ELEVENTH DEFENSE

To the extent any worker was paid for immigration and travel-related expenses, those payments should act as an offset to any alleged damages relating to said expenses and the timeliness of such payment.

## TWELFTH DEFENSE

To the extent Plaintiffs' claims of breach of contract include non-compliance with the FLSA, those claims are preempted and/or precluded by federal statute from being enforced inconsistently with said statute.

## THIRTEENTH DEFENSE

These claims are individual in nature and not appropriate for collective treatment.

1.

Defendant Plantation Sweets, Inc. is without knowledge or information sufficient to form a response to Paragraph 1 of Plaintiffs' Amended Complaint.

2.

Defendant Plantation Sweets, Inc. denies the allegations contained in Paragraph 2 of Plaintiffs' Amended Complaint.

3.

Defendant Plantation Sweets, Inc. denies the allegations contained in Paragraph 3 of Plaintiffs' Amended Complaint.

4.

Defendant Plantation Sweets, Inc. denies the allegations contained in Paragraph 4 of Plaintiffs' Amended Complaint.

5.

Defendant Plantation Sweets, Inc. denies the allegations contained in Paragraph 5 of Plaintiffs' Amended Complaint.

6.

Defendant Plantation Sweets, Inc. admits the allegations contained in Paragraph 6 of Plaintiffs' Amended Complaint.

7.

Defendant Plantation Sweets, Inc. admits the allegations contained in
Paragraph 7 of Plaintiffs' Amended Complaint.

8.

Defendant Plantation Sweets, Inc. is without knowledge or information
sufficient to form a response to Paragraph 8 of Plaintiffs' Amended Complaint.

9.

Defendant Plantation Sweets, Inc. admits that portion of Paragraph 9 of
Plaintiffs' Amended Complaint which states that venue is proper in this district,
but denies the remaining allegations contained therein.

10.

Defendant Plantation Sweets, Inc. is without knowledge or information
sufficient to form a response to Paragraph 10 of Plaintiffs' Amended Complaint.

11.

Defendant Plantation Sweets, Inc. admits that portion of Paragraph 11 of
Plaintiffs' Amended Complaint which states that the H-2B Plaintiffs' FLSA
consent form(s) were attached as Exhibit A to the original complaint in this action,
but is without knowledge or information sufficient to form a response to the
remaining allegations contained therein.

12.

Defendant Plantation Sweets, Inc. denies the allegations contained in Paragraph 12 of Plaintiffs' Amended Complaint.

13.

Defendant Plantation Sweets, Inc. is without knowledge or information sufficient to form a response to Paragraph 13 of Plaintiffs' Amended Complaint.

14.

Defendant Plantation Sweets, Inc. is without knowledge or information sufficient to form a response to Paragraph 14 of Plaintiffs' Amended Complaint.

15.

Defendant Plantation Sweets, Inc. shows that no supplemental exhibit was attached to the original complaint.  Therefore, the allegations contained in Paragraph 15 of Plaintiffs' Amended Complaint are denied.

16.

Defendant Plantation Sweets, Inc. denies the allegations contained in Paragraph 16 of Plaintiffs' Amended Complaint.

17.

Defendant Plantation Sweets, Inc. denies the allegations contained in Paragraph 17 of Plaintiffs' Amended Complaint.

18.

Defendant Plantation Sweets, Inc. denies the allegations contained in Paragraph 18 of Plaintiffs' Amended Complaint.

19.

Defendant Plantation Sweets, Inc. denies the allegations contained in Paragraph 19 of Plaintiffs' Amended Complaint.

20.

Defendant Plantation Sweets, Inc. admits the allegations contained in Paragraph 20 of Plaintiffs' complaint which states that at all times relevant to this complaint, Plaintiff Juan Hernandez-Marquez was an H-2A guest worker admitted into the United States to work under the auspices of the H-2A program, 8 U.S.C. § 1101(a)(15)(H)(ii)(a), 8 U.S.C. § 1188, and 20 C.F. R. § 655.100 *et seq.* (2010), but this Defendant is without knowledge and information sufficient to form a response as to unnamed individuals.

21.

Defendant Plantation Sweets, Inc. denies the allegations contained in Paragraph 21 of Plaintiffs' Amended Complaint since no supplement to Exhibit A was attached.

22.

Defendant Plantation Sweets, Inc. denies the allegations contained in

Paragraph 22 of Plaintiffs' Amended Complaint.

23.

Defendant Plantation Sweets, Inc. admits the allegations contained in

Paragraph 23 of Plaintiffs' Amended Complaint.

24.

Defendant Plantation Sweets, Inc. admits the allegations contained in

Paragraph 24 of Plaintiffs' Amended Complaint.

25.

Defendant Plantation Sweets, Inc. admits the allegations contained in

Paragraph 25 of Plaintiffs' Amended Complaint.

26.

Defendant Plantation Sweets, Inc. admits the allegations contained in

Paragraph 26 of Plaintiffs' Amended Complaint.

27.

Defendant Plantation Sweets, Inc. admits the allegations contained in

Paragraph 27 of Plaintiffs' Amended Complaint.

28.

Defendant Plantation Sweets, Inc. admits the allegations contained in Paragraph 28 of Plaintiffs' Amended Complaint.

29.

Defendant Plantation Sweets, Inc. admits the allegations contained in Paragraph 29 of Plaintiffs' Amended Complaint.

30.

Defendant Plantation Sweets, Inc. denies the allegations contained in Paragraph 30 of Plaintiffs' Amended Complaint.

31.

Defendant Plantation Sweets, Inc. denies the allegations contained in Paragraph 31 of Plaintiffs' Amended Complaint insomuch as it is stated that Defendants Collins, Plantation Sweets, and Vidalia Plantation act together to grow, harvest, and pack produce for sale in interstate commerce, and shows that: Defendants Collins, Plantation Sweets, and Vidalia Plantation grow the produce; only Defendant Vidalia Plantation harvests it; and only Plantation Sweets sells the produce.

32.

Defendant Plantation Sweets, Inc. denies the allegations contained in Paragraph 32 of Plaintiffs' Amended Complaint.

33.

Defendant Plantation Sweets, Inc. denies the allegations contained in Paragraph 33 of Plaintiffs' Amended Complaint.

34.

Defendant Plantation Sweets, Inc. is without knowledge or information sufficient to form a response to Paragraph 34 of Plaintiffs' Amended Complaint.

35.

Defendant Plantation Sweets, Inc. admits the allegations contained in Paragraph 35 of Plaintiffs' Amended Complaint.

36.

Defendant Plantation Sweets, Inc. is without knowledge or information sufficient to form a response to Paragraph 36 of Plaintiffs' Amended Complaint.

37.

Defendant Plantation Sweets, Inc. is without knowledge or information sufficient to form a response to Paragraph 37 of Plaintiffs' Amended Complaint.

38.

Defendant Plantation Sweets, Inc. admits the allegations contained in Paragraph 38 of Plaintiffs' Amended Complaint.

39.

Defendant Plantation Sweets, Inc. is without knowledge or information sufficient to form a response to Paragraph 39 of Plaintiffs' Amended Complaint.

40.

Defendant Plantation Sweets, Inc. admits that portion of Paragraph 40 of Plaintiffs' Amended Complaint which states that Defendants Perez and Perez Forestry operate as the farm labor contractor(s) for Plantation Sweets, but denies the remaining allegations contained therein.

41.

Defendant Plantation Sweets, Inc. admits that portion of Paragraph 41 of Plaintiffs' Amended Complaint which states that Defendant Plantation Sweets has coordinated with Defendant Perez to furnish labor to plant crops as part of the farming operation since at least 2008, but denies the remaining allegations contained therein.

42.

Defendant Plantation Sweets, Inc. admits that portion of Paragraph 42 of Plaintiffs' Amended Complaint which states that Defendant Plantation Sweets coordinated with Defendant Perez to use H-2B or H-2A visas to bring workers in many of the years since 2008, but denies the remaining allegations contained therein.

43.

Defendant Plantation Sweets, Inc. denies the allegations contained in Paragraph 43 of Plaintiffs' Amended Complaint.

44.

Defendant Plantation Sweets, Inc. denies the allegations contained in Paragraph 44 of Plaintiffs' Amended Complaint.

45.

Defendant Plantation Sweets, Inc. denies the allegations contained in Paragraph 45 of Plaintiffs' Amended Complaint.

46.

Defendant Plantation Sweets, Inc. denies the allegations contained in Paragraph 46 of Plaintiffs' Amended Complaint.

47.

Defendant Plantation Sweets, Inc. denies the allegations contained in
Paragraph 47 of Plaintiffs' Amended Complaint.

48.

Defendant Plantation Sweets, Inc. admits the allegations contained in
Paragraph 48 of Plaintiffs' Amended Complaint.

49.

Defendant Plantation Sweets, Inc. denies the allegations contained in
Paragraph 49 of Plaintiffs' Amended Complaint.

50.

Defendant Plantation Sweets, Inc. denies the allegations contained in
Paragraph 50 of Plaintiffs' Amended Complaint.

51.

Defendant Plantation Sweets, Inc. admits the allegations contained in
Paragraph 51 of Plaintiffs' Amended Complaint.

52.

Defendant Plantation Sweets, Inc. admits the allegations contained in
Paragraph 52 of Plaintiffs' Amended Complaint.

53.

Defendant Plantation Sweets, Inc. is without knowledge or information sufficient to form a response to Paragraph 53 of Plaintiffs' Amended Complaint.

54.

Defendant Plantation Sweets, Inc. is without knowledge or information sufficient to form a response to Paragraph 54 of Plaintiffs' Amended Complaint.

55.

Defendant Plantation Sweets, Inc. admits that portion of the allegations contained in Paragraph 55 of Plaintiffs' Amended Complaint which states that Defendants Perez and Perez Forestry performed labor contracting worth in excess of $500,000 per year in 2013 and 2014, but denies that they did in 2012.

56.

Defendant Plantation Sweets, Inc. is without knowledge or information sufficient to form a response to Paragraph 56 of Plaintiffs' Amended Complaint.

57.

Defendant Plantation Sweets, Inc. denies the allegations contained in Paragraph 57 of Plaintiffs' Amended Complaint.

58.

Defendant Plantation Sweets, Inc. denies the allegations contained in Paragraph 58 of Plaintiffs' Amended Complaint.

59.

Defendant Plantation Sweets, Inc. is without knowledge or information sufficient to form a response to Paragraph 59 of Plaintiffs' Amended Complaint.

60.

Defendant Plantation Sweets, Inc. is without knowledge or information sufficient to form a response to Paragraph 60 of Plaintiffs' Amended Complaint.

61.

Defendant Plantation Sweets, Inc. is without knowledge or information sufficient to form a response to Paragraph 61 of Plaintiffs' Amended Complaint.

62.

Defendant Plantation Sweets, Inc. is without knowledge or information sufficient to form a response to Paragraph 62 of Plaintiffs' Amended Complaint.

63.

Defendant Plantation Sweets, Inc. denies the allegations contained in Paragraph 63 of Plaintiffs' Amended Complaint.

64.

Defendant Plantation Sweets, Inc. is without knowledge or information sufficient to form a response to Paragraph 64 of Plaintiffs' Amended Complaint.

65.

Defendant Plantation Sweets, Inc. denies the allegations contained in Paragraph 65 of Plaintiffs' Amended Complaint.

66.

Defendant Plantation Sweets, Inc. is without knowledge or information sufficient to form a response to Paragraph 66 of Plaintiffs' Amended Complaint.

67.

Defendant Plantation Sweets, Inc. denies the allegations contained in Paragraph 67 of Plaintiffs' Amended Complaint.

68.

Defendant Plantation Sweets, Inc. is without knowledge or information sufficient to form a response to Paragraph 68 of Plaintiffs' Amended Complaint.

69.

Defendant Plantation Sweets, Inc. is without knowledge or information sufficient to form a response to Paragraph 69 of Plaintiffs' Amended Complaint.

70.

Defendant Plantation Sweets, Inc. is without knowledge or information

sufficient to form a response to Paragraph 70 of Plaintiffs' Amended Complaint.

71.

Defendant Plantation Sweets, Inc. admits the allegations contained in

Paragraph 71 of Plaintiffs' Amended Complaint.

72.

Defendant Plantation Sweets, Inc. admits the allegations contained in

Paragraph 72 of Plaintiffs' Amended Complaint.

73.

Defendant Plantation Sweets, Inc. admits that portion of Paragraph 73 of

Plaintiffs' Amended Complaint which states that in 2013, Defendants Perez and

Perez Forestry, acting as agents for Defendant Plantation Sweets filed job order

GA 8103013 with the Georgia Department of Labor (attached to the amended

complaint as Exhibit B), and an application for a temporary employment

certification with the U.S. DOL, but denies the remaining allegations contained

therein.

74.

Defendant Plantation Sweets, Inc. is without knowledge or information sufficient to form a response to Paragraph 74 of Plaintiffs' Amended Complaint.

75.

Defendant Plantation Sweets, Inc. is without knowledge or information sufficient to form a response to Paragraph 75 of Plaintiffs' Amended Complaint.

76.

Defendant Plantation Sweets, Inc. is without knowledge or information sufficient to form a response to Paragraph 76 of Plaintiffs' Amended Complaint.

77.

Defendant Plantation Sweets, Inc. is without knowledge or information sufficient to form a response to Paragraph 77 of Plaintiffs' Amended Complaint.

78.

Defendant Plantation Sweets, Inc. is without knowledge or information sufficient to form a response to Paragraph 78 of Plaintiffs' Amended Complaint.

79.

Defendant Plantation Sweets, Inc. admits the allegations contained in Paragraph 79 of Plaintiffs' Amended Complaint.

80.

Defendant Plantation Sweets, Inc. admits the allegations contained in Paragraph 80 of Plaintiffs' Amended Complaint.

81.

Defendant Plantation Sweets, Inc. admits the allegations contained in Paragraph 81 of Plaintiffs' Amended Complaint.

82.

Defendant Plantation Sweets, Inc. is without knowledge or information sufficient to form a response to Paragraph 82 of Plaintiffs' Amended Complaint.

83.

Defendant Plantation Sweets, Inc. is without knowledge or information sufficient to form a response to Paragraph 83 of Plaintiffs' Amended Complaint.

84.

Defendant Plantation Sweets, Inc. is without knowledge or information sufficient to form a response to Paragraph 84 of Plaintiffs' Amended Complaint.

85.

Defendant Plantation Sweets, Inc. denies the allegations contained in Paragraph 85 of Plaintiffs' Amended Complaint.

86.

Defendant Plantation Sweets, Inc. is without knowledge or information sufficient to form a response to Paragraph 86 of Plaintiffs' Amended Complaint.

87.

Defendant Plantation Sweets, Inc. is without knowledge or information sufficient to form a response to Paragraph 87 of Plaintiffs' Amended Complaint.

88.

Defendant Plantation Sweets, Inc. is without knowledge or information sufficient to form a response to Paragraph 88 of Plaintiffs' Amended Complaint.

89.

Defendant Plantation Sweets, Inc. is without knowledge or information sufficient to form a response to Paragraph 89 of Plaintiffs' Amended Complaint.

90.

Defendant Plantation Sweets, Inc. is without knowledge or information sufficient to form a response to Paragraph 90 of Plaintiffs' Amended Complaint.

91.

Defendant Ronald A. Collins is without knowledge or information sufficient to form a response to Paragraph 91 of Plaintiffs' Amended Complaint.

92.

Defendant Plantation Sweets, Inc. is without knowledge or information sufficient to form a response to Paragraph 92 of Plaintiffs' Amended Complaint.

93.

Defendant Plantation Sweets, Inc. is without knowledge or information sufficient to form a response to Paragraph 93 of Plaintiffs' Amended Complaint.

94.

Defendant Plantation Sweets, Inc. is without knowledge or information sufficient to form a response to Paragraph 94 of Plaintiffs' Amended Complaint.

95.

Defendant Plantation Sweets, Inc. is without knowledge or information sufficient to form a response to Paragraph 95 of Plaintiffs' Amended Complaint.

96.

Defendant Plantation Sweets, Inc. is without knowledge or information sufficient to form a response to Paragraph 96 of Plaintiffs' Amended Complaint.

97.

Defendant Plantation Sweets, Inc. is without knowledge or information sufficient to form a response to Paragraph 97 of Plaintiffs' Amended Complaint.

98.

Defendant Plantation Sweets, Inc. is without knowledge or information sufficient to form a response to Paragraph 98 of Plaintiffs' Amended Complaint.

99.

Defendant Plantation Sweets, Inc. denies the allegations contained in Paragraph 99 of Plaintiffs' Amended Complaint.

100.

Defendant Plantation Sweets, Inc. is without knowledge or information sufficient to form a response to Paragraph 100 of Plaintiffs' Amended Complaint.

101.

Defendant Plantation Sweets, Inc. is without knowledge or information sufficient to form a response to Paragraph 101 of Plaintiffs' Amended Complaint.

102.

Defendant Plantation Sweets, Inc. is without knowledge or information sufficient to form a response to Paragraph 102 of Plaintiffs' Amended Complaint.

103.

Defendant Plantation Sweets, Inc. is without knowledge or information sufficient to form a response to Paragraph 103 of Plaintiffs' Amended Complaint.

104.

Defendant Plantation Sweets, Inc. is without knowledge or information sufficient to form a response to Paragraph 104 of Plaintiffs' Amended Complaint.

105.

Defendant Plantation Sweets, Inc. is without knowledge or information sufficient to form a response to Paragraph 105 of Plaintiffs' Amended Complaint.

106.

Defendant Plantation Sweets, Inc. is without knowledge or information sufficient to form a response to Paragraph 106 of Plaintiffs' Amended Complaint.

107.

Defendant Plantation Sweets, Inc. is without knowledge or information sufficient to form a response to Paragraph 107 of Plaintiffs' Amended Complaint.

108.

Defendant Plantation Sweets, Inc. is without knowledge or information sufficient to form a response to Paragraph 108 of Plaintiffs' Amended Complaint.

109.

Defendant Plantation Sweets, Inc. is without knowledge or information sufficient to form a response to Paragraph 109 of Plaintiffs' Amended Complaint.

110.

Defendant Plantation Sweets, Inc. is without knowledge or information sufficient to form a response to Paragraph 110 of Plaintiffs' Amended Complaint.

111.

Defendant Plantation Sweets, Inc. is without knowledge or information sufficient to form a response to Paragraph 111 of Plaintiffs' Amended Complaint.

112.

Defendant Plantation Sweets, Inc. is without knowledge or information sufficient to form a response to Paragraph 112 of Plaintiffs' Amended Complaint.

113.

Defendant Plantation Sweets, Inc. is without knowledge or information sufficient to form a response to Paragraph 113 of Plaintiffs' Amended Complaint.

114.

Defendant Plantation Sweets, Inc. is without knowledge or information sufficient to form a response to Paragraph 114 of Plaintiffs' Amended Complaint.

115.

Defendant Plantation Sweets, Inc. is without knowledge or information sufficient to form a response to Paragraph 115 of Plaintiffs' Amended Complaint.

116.

Defendant Plantation Sweets, Inc. is without knowledge or information sufficient to form a response to Paragraph 116 of Plaintiffs' Amended Complaint.

117.

Defendant Plantation Sweets, Inc. is without knowledge or information sufficient to form a response to Paragraph 117 of Plaintiffs' Amended Complaint.

118.

Defendant Plantation Sweets, Inc. is without knowledge or information sufficient to form a response to Paragraph 118 of Plaintiffs' Amended Complaint.

119.

Defendant Plantation Sweets, Inc. denies the allegations contained in Paragraph 119 of Plaintiffs' Amended Complaint.

120.

Defendant Plantation Sweets, Inc. is without knowledge or information sufficient to form a response to Paragraph 120 of Plaintiffs' Amended Complaint.

121.

Defendant Plantation Sweets, Inc. is without knowledge or information sufficient to form a response to Paragraph 121 of Plaintiffs' Amended Complaint.

122.

Defendant Plantation Sweets, Inc. is without knowledge or information sufficient to form a response to Paragraph 122 of Plaintiffs' Amended Complaint.

123.

Defendant Plantation Sweets, Inc. is without knowledge or information sufficient to form a response to Paragraph 123 of Plaintiffs' Amended Complaint.

124.

Defendant Plantation Sweets, Inc. admits that portion of Paragraph 124 of Plaintiffs' Amended Complaint which states in the 2013 and 2014 tobacco harvest, Defendant Plantation Sweets caused chemicals to be sprayed in tobacco fields, but denies the remaining allegations contained therein.

125.

Defendant Plantation Sweets, Inc. admits that portion of Paragraph 125 of Plaintiffs' Amended Complaint which states that upon information and belief, the chemicals utilized by Defendant Plantation Sweets included anti-suckering agents, maturing agents, and/or insecticides, but denies the remaining allegations contained therein.

126.

Defendant Plantation Sweets, Inc. admits the allegations contained in

Paragraph 126 of Plaintiffs' Amended Complaint.

127.

Defendant Plantation Sweets, Inc. denies the allegations contained in

Paragraph 127 of Plaintiffs' Amended Complaint.

128.

Defendant Plantation Sweets, Inc. denies the allegations contained in

Paragraph 128 of Plaintiffs' Amended Complaint.

129.

Defendant Plantation Sweets, Inc. denies the allegations contained in

Paragraph 129 of Plaintiffs' Amended Complaint.

130.

Defendant Plantation Sweets, Inc. is without knowledge or information

sufficient to form a response to Paragraph 130 of Plaintiffs' Amended Complaint,

but denies that he violated any employment-related laws and regulations,

including health and safety laws and regulations.

131.

Defendant Plantation Sweets, Inc. denies the allegations contained in Paragraph 131 of Plaintiffs' Amended Complaint.

132.

Defendant Plantation Sweets, Inc. denies the allegations contained in Paragraph 132 of Plaintiffs' Amended Complaint.

133.

Defendant Plantation Sweets, Inc. admits that portion of the allegations contained in Paragraph 133 of Plaintiffs' Amended Complaint which states that Defendant Plantation Sweets through its agents recruited the H-2A Plaintiffs and other similarly situated workers in Mexico with an offer of employment, but denies the remaining allegations contained therein.

134.

Defendant Plantation Sweets, Inc. is without knowledge or information sufficient to form a response to Paragraph 134 of Plaintiffs' Amended Complaint.

135.

Defendant Plantation Sweets, Inc. is without knowledge or information sufficient to form a response to Paragraph 135 of Plaintiffs' Amended Complaint.

136.

Defendant Plantation Sweets, Inc. is without knowledge or information sufficient to form a response to Paragraph 136 of Plaintiffs' Amended Complaint.

137.

Defendant Plantation Sweets, Inc. admits the allegations contained in Paragraph 137 of Plaintiffs' Amended Complaint, but shows that the workers were reimbursed for said expenses.

138.

Defendant Plantation Sweets, Inc. admits the allegations contained in Paragraph 138 of Plaintiffs' Amended Complaint.

139.

Defendant Plantation Sweets, Inc. admits the allegations contained in Paragraph 139 of Plaintiffs' Amended Complaint.

140.

Defendant Plantation Sweets, Inc. denies the allegations contained in Paragraph 140 of Plaintiffs' Amended Complaint.

141.

Defendant Plantation Sweets, Inc. is without knowledge or information sufficient to form a response to Paragraph 141 of Plaintiffs' Amended Complaint.

142.

Defendant Plantation Sweets, Inc. admits the allegations contained in Paragraph 142 of Plaintiffs' Amended Complaint.

143.

Defendant Plantation Sweets, Inc. denies the allegations contained in Paragraph 143 of Plaintiffs' Amended Complaint.

144.

Defendant Plantation Sweets, Inc. denies the allegations contained in Paragraph 144 of Plaintiffs' Amended Complaint.

145.

Defendant Plantation Sweets, Inc. admits the allegations contained in Paragraph 145 of Plaintiffs' Amended Complaint.

146.

Defendant Plantation Sweets, Inc. denies the allegations contained in Paragraph 146 of Plaintiffs' Amended Complaint.

147.

Defendant Plantation Sweets, Inc. denies the allegations contained in Paragraph 147 of Plaintiffs' Amended Complaint.

148.

Defendant Plantation Sweets, Inc. denies the allegations contained in Paragraph 148 of Plaintiffs' Amended Complaint.

149.

Defendant Plantation Sweets, Inc. denies the allegations contained in Paragraph 149 of Plaintiffs' Amended Complaint.

150.

Defendant Plantation Sweets, Inc. denies the allegations contained in Paragraph 150 of Plaintiffs' Amended Complaint.

151.

Defendant Plantation Sweets, Inc. denies the allegations contained in Paragraph 151 of Plaintiffs' Amended Complaint.

152.

Defendant Plantation Sweets, Inc. denies the allegations contained in Paragraph 152 of Plaintiffs' Amended Complaint.

153.

Defendant Plantation Sweets, Inc. denies the allegations contained in Paragraph 153 of Plaintiffs' Amended Complaint.

154.

Defendant Plantation Sweets, Inc. denies the allegations contained in Paragraph 154 of Plaintiffs' Amended Complaint.

155.

Defendant Plantation Sweets, Inc. admits that portion of the allegations contained in Paragraph 155 of Plaintiffs' Amended Complaint which states that while in Georgia, Plaintiffs and other similarly situated workers worked upon farmland owned or controlled by Defendant Collins, but denies the remaining allegations contained therein.

156.

Defendant Plantation Sweets, Inc. admits that portion of the allegations contained in Paragraph 156 of Plaintiffs' Amended Complaint which states that upon information and belief, Defendant Vidalia Plantation undertook responsibilities in relation to 2014 H2A employees, including providing tools, equipment, and materials necessary for the Plaintiffs' and other similarly situated workers' work, but denies the remaining allegations contained therein.

157.

Defendant Plantation Sweets, Inc. denies the allegations contained in Paragraph 157 of Plaintiffs' Amended Complaint.

158.

Defendant Plantation Sweets, Inc. denies the allegations contained in

Paragraph 158 of Plaintiffs' Amended Complaint.

159.

Defendant Plantation Sweets, Inc. denies the allegations contained in

Paragraph 159 of Plaintiffs' Amended Complaint.

160.

Defendant Plantation Sweets, Inc. denies the allegations contained in

Paragraph 160 of Plaintiffs' Amended Complaint.

161.

Defendant Plantation Sweets, Inc. denies the allegations contained in

Paragraph 161 of Plaintiffs' Amended Complaint.

162.

Defendant Plantation Sweets, Inc. denies the allegations contained in

Paragraph 162 of Plaintiffs' Amended Complaint.

163.

Defendant Plantation Sweets, Inc. denies the allegations contained in

Paragraph 163 of Plaintiffs' Amended Complaint.

164.

Defendant Plantation Sweets, Inc. denies the allegations contained in Paragraph 164 of Plaintiffs' Amended Complaint.

165.

Defendant Plantation Sweets, Inc. is without knowledge or information sufficient to form a response to Paragraph 165 of Plaintiffs' Amended Complaint.

166.

Defendant Plantation Sweets, Inc. admits that portion of the allegations contained in Paragraph 166 of Plaintiffs' Amended Complaint which states that Plaintiffs are claiming Defendants violated the statute or regulation.  However, Defendants deny said allegation.

167.

Defendant Plantation Sweets, Inc. denies the allegations contained in Paragraph 167 of Plaintiffs' Amended Complaint.

168.

Defendant Plantation Sweets, Inc. is without knowledge or information sufficient to form a response to Paragraph 168 of Plaintiffs' Amended Complaint.

169.

Defendant Plantation Sweets, Inc. is without knowledge or information sufficient to form a response to Paragraph 169 of Plaintiffs' Amended Complaint.

170.

Defendant Plantation Sweets, Inc. denies the allegations contained in Paragraph 170 of Plaintiffs' Amended Complaint.

171.

Defendant Plantation Sweets, Inc. denies the allegations contained in Paragraph 171 of Plaintiffs' Amended Complaint.

172.

Defendant Plantation Sweets, Inc. denies the allegations contained in Paragraph 172 of Plaintiffs' Amended Complaint.

173.

Defendant Plantation Sweets, Inc. denies the allegations contained in Paragraph 173 of Plaintiffs' Amended Complaint.

174.

Defendant Plantation Sweets, Inc. is without knowledge or information sufficient to form a response to Paragraph 174 of Plaintiffs' Amended Complaint.

175.

Defendant Plantation Sweets, Inc. admits that portion of Paragraph 175 of Plaintiffs' Amended Complaint which states that Plaintiffs are claiming Defendants violated the statute or regulation.  However, Defendants deny said allegation.

176.

Defendant Plantation Sweets, Inc. is without knowledge or information sufficient to form a response to Paragraph 176 of Plaintiffs' Amended Complaint.

177.

Defendant Plantation Sweets, Inc. is without knowledge or information sufficient to form a response to Paragraph 177 of Plaintiffs' Amended Complaint.

178.

Defendant Plantation Sweets, Inc. is without knowledge or information sufficient to form a response to Paragraph 178 of Plaintiffs' Amended Complaint.

179.

Defendant Plantation Sweets, Inc. is without knowledge or information sufficient to form a response to Paragraph 179 of Plaintiffs' Amended Complaint.

180.

Defendant Plantation Sweets, Inc. is without knowledge or information sufficient to form a response to Paragraph 180 of Plaintiffs' Amended Complaint.

181.

Defendant Plantation Sweets, Inc. is without knowledge or information sufficient to form a response to Paragraph 181 of Plaintiffs' Amended Complaint.

182.

Defendant Plantation Sweets, Inc. admits that portion of Paragraph 182 of Plaintiffs' Amended Complaint which states that Plaintiffs are claiming Defendants violated the statute or regulation.  However, Defendants deny said allegation.

183.

Defendant Plantation Sweets, Inc. denies the allegations contained in Paragraph 183 of Plaintiffs' Amended Complaint.

184.

Defendant Plantation Sweets, Inc. denies the allegations contained in Paragraph 184 of Plaintiffs' Amended Complaint.

185.

Defendant Plantation Sweets, Inc. denies the allegations contained in Paragraph 185 of Plaintiffs' Amended Complaint.

186.

Defendant Plantation Sweets, Inc. denies the allegations contained in Paragraph 186 of Plaintiffs' Amended Complaint.

187.

Defendant Plantation Sweets, Inc. denies the allegations contained in Paragraph 187 of Plaintiffs' Amended Complaint.

188.

Defendant Plantation Sweets, Inc. is without knowledge or information sufficient to form a response to Paragraph 188 of Plaintiffs' Amended Complaint.

189.

Defendant Plantation Sweets, Inc. admits that portion of Paragraph 189 of Plaintiffs' Amended Complaint which states that Plaintiffs are claiming Defendants violated the statute or regulation.  However, Defendants deny said allegation.

190.

Defendant Plantation Sweets, Inc. is without knowledge or information sufficient to form a response to Paragraph 190 of Plaintiffs' Amended Complaint.

191.

Defendant Plantation Sweets, Inc. is without knowledge or information sufficient to form a response to Paragraph 191 of Plaintiffs' Amended Complaint.

192.

Defendant Plantation Sweets, Inc. denies the allegations contained in Paragraph 192 of Plaintiffs' Amended Complaint.

193.

Defendant Plantation Sweets, Inc. is without knowledge or information sufficient to form a response to Paragraph 193 of Plaintiffs' Amended Complaint.

194.

Defendant Plantation Sweets, Inc. admits that portion of Paragraph 194 of Plaintiffs' Amended Complaint which states that Plaintiffs are claiming Defendants violated the statute or regulation.  However, Defendants deny said allegation.

195.

Defendant Plantation Sweets, Inc. denies the allegations contained in Paragraph 195 of Plaintiffs' Amended Complaint.

196.

Defendant Plantation Sweets, Inc. denies the allegations contained in Paragraph 196 of Plaintiffs' Amended Complaint.

197.

Defendant Plantation Sweets, Inc. denies the allegations contained in Paragraph 197 of Plaintiffs' Amended Complaint.

198.

Defendant Plantation Sweets, Inc. is without knowledge or information sufficient to form a response to Paragraph 198 of Plaintiffs' Amended Complaint.

199.

Defendant Plantation Sweets, Inc. admits that portion of Paragraph 199 of Plaintiffs' Amended Complaint which states that Plaintiffs are claiming Defendants violated the statute or regulation.  However, Defendants deny said allegation.

200.

Defendant Plantation Sweets, Inc. is without knowledge or information sufficient to form a response to Paragraph 200 of Plaintiffs' Amended Complaint.

201.

Defendant Plantation Sweets, Inc. admits that portion of Paragraph 201 of Plaintiffs' Amended Complaint which states that Plaintiffs are claiming Defendants violated the statute or regulation.  However, Defendants deny said allegation.

202.

Defendant Plantation Sweets, Inc. admits that portion of Paragraph 202 of Plaintiffs' Amended Complaint which states that Plaintiffs are claiming Defendants violated the statute or regulation.  However, Defendants deny said allegation.

203.

Defendant Plantation Sweets, Inc. admits that portion of Paragraph 203 of Plaintiffs' Amended Complaint which states that Plaintiffs are claiming Defendants violated the statute or regulation.  However, Defendants deny said allegation.

204.

Defendant Plantation Sweets, Inc. admits that portion of Paragraph 204 of Plaintiffs' Amended Complaint which states that Plaintiffs are claiming Defendants violated the statute or regulation.  However, Defendants deny said allegation.

205.

Defendant Plantation Sweets, Inc. admits that portion of Paragraph 205 of Plaintiffs' Amended Complaint which states that Plaintiffs are claiming Defendants violated the statute or regulation.  However, Defendants deny said allegation.

206.

Defendant Plantation Sweets, Inc. admits that portion of Paragraph 206 of Plaintiffs' Amended Complaint which states that Plaintiffs are claiming Defendants violated the statute or regulation.  However, Defendants deny said allegation.

207.

Defendant Plantation Sweets, Inc. denies the allegations contained in Paragraph 207 of Plaintiffs' Amended Complaint.

208.

Defendant Plantation Sweets, Inc. denies the allegations contained in Paragraph 208 of Plaintiffs' Amended Complaint.

209.

Defendant Plantation Sweets, Inc. denies the allegations contained in Paragraph 209 of Plaintiffs' Amended Complaint.

210.

Defendant Plantation Sweets, Inc. denies the allegations contained in Paragraph 210 of Plaintiffs' Amended Complaint.

211.

Defendant Plantation Sweets, Inc. denies the allegations contained in Paragraph 211 of Plaintiffs' Amended Complaint.

212.

Defendant Plantation Sweets, Inc. denies the allegations contained in Paragraph 212 of Plaintiffs' Amended Complaint.

WHEREFORE, Defendant Plantation Sweets, Inc. prays for the following relief:

(a)     Defendant Plantation Sweets, Inc. requests that it be dismissed;

(b)     that Defendant Plantation Sweets, Inc. have a judgment absolving

him of any liability for any of the claims raised by Plaintiff's

Complaint;

(c)     for a jury trial on all issues so triable; and

(d)     for such other relief as is just and appropriate.

This 5th day of May, 2015.


/s/ J. Kendall Gross
J. Kendall Gross
State Bar No. 313542

J. KENDALL GROSS, P.C.
Post Office Box 695
Metter, Georgia  30439
(912) 685-4619 Telephone
(912) 685-4523 Facsimile
email: kendall@jkendallgross.com


/s/ Glen A. Cheney
Glen A. Cheney
State Bar No. 122825

Post Office Box 1548
Reidsville, Georgia  30453
(912) 557-4606 Telephone
(912) 557-4909 Facsimile
email: gcheney@cheneylaw.com

Attorneys for Defendants Plantation Sweets, Inc., Vidalia Plantation, Inc. and
Ronald A. Collins

## CERTIFICATE OF SERVICE

The undersigned certifies that the following parties appear on the electronic mail

notice list maintained in the above case by the Clerk of the United States District Court

for the Southern District of Georgia and were served with a copy of the within and

foregoing Answer of Plantation Sweets, Inc. by electronic notice from the Clerk, to-wit:

Lisa J. Krisher, Dawson Morton, William Bradford Peard, and Theodore Earl Roethke.

This 5<u>th</u> day of <u>May</u>, 2015.

/s/ J. Kendall Gross
J. Kendall Gross
State Bar No. 313542

J. KENDALL GROSS, P.C.
Post Office Box 695
Metter, Georgia  30439
(912) 685-4619 Telephone
(912) 685-4523 Facsimile
email: kendall@jkendallgross.com

/s/ Glen A. Cheney
Glen A. Cheney
State Bar No. 122825

Post Office Box 1548
Reidsville, Georgia  30453
(912) 557-4606 Telephone
(912) 557-4909 Facsimile
email: gcheney@cheneylaw.com

Attorneys for Defendants Plantation Sweets, Inc., Vidalia Plantation, Inc. and
Ronald A. Collins