UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| EMILIANO HERRERA-VELAZQUEZ; GASPAR RESENDIZ-ALVAREZ; HILDEBERTO VELAZQUEZ-CAMACHO; ISAIAS MARTINEZ-ZAVALA; MARTHA HUNTER; HEATHER PARKER; JOSEPH LITTLES; MICHAEL LEE ARMSTRONG; PATRICK CONEY; CHERYL WRIGHT; TAMMIE ANTHONY; ANGELA DAY; LINDA POPE; JUAN HERNANDEZ-MARQUEZ; and all others similarly situated, <br><br>  Plaintiffs <br><br> v. <br><br> PLANTATION SWEETS, INC.; VIDALIA PLANTATION, INC.; RONALD A. COLLINS; NARCISO PEREZ; and PEREZ FORESTRY, LLC, <br><br>  Defendants | CIVIL ACTION: 6:14-cv-00127-BAE-GRS |

**DEFENDANTS PLANTATION SWEETS, INC., VIDALIA PLANTATION, INC., AND RONALD A COLLINS' RESPONSE TO MOTION FOR CONDITIONAL CERTIFICATION OF FLSA COLLECTION ACTION**

COME NOW, Plantation Sweets, Inc., Vidalia Plantation, Inc., and Ronald A. Collins, Defendants in the above styled action, and file this, their Response to Motion

1

for Conditional Certification of FLSA Collection Action (Doc. 9). In their Amended Complaint, Plaintiffs allege that Defendants violated the Fair Labor Standards Action ("FLSA") by failing to supplement their wages to ensure receipt of at least the required minimum wage for all hours worked and failing to reimburse the workers various pre-employment expenses that Plaintiffs claim reduced their wages below the minimum wage.

Plaintiffs are seeking conditional certification of a putative class of migrant workers employed by Defendants through the H-2A visa program to harvest onions and other crops in and around Tattnall County. Plaintiffs request that the Court direct Defendants to provide names, social security numbers, and last known addresses of a putative class described as: workers employed by Defendants to perform planting, cultivating, or harvesting between November 2012 and December 2014.

Defendants Plantation Sweets, Inc., Vidalia Plantation, Inc., and Ronald A. Collins agree with Plaintiffs in applying the two-tiered approach articulated by the Court in Hipp v. Liberty Nat'l Ins. Co., 252 F.3d 1208, 1216 (11th Cir. 2001). This begins with conditional certification followed by notice to members of the putative class. However, the second tier of the Hipp approach allows defendants to move for decertification of any class if they can show that the plaintiffs are not similarly situated within the meaning of 29 U.S.C. § 156(b). In Hipp, the Eleventh Circuit set

forth a minimal standard for granting provisional certification to proceed as a collective action under 29 U.S.C. 216(b). According to Hipp, plaintiffs asserting that the members of a putative class are "similarly situated" initially need make only the most minimal showing, but subsequently, after discovery, may have to defend against a motion to decertify the class from the defendants. Hipp, 252 F.3d at 1216-17, *citing* Grayson v. K-Mart Corp., 79 F.3d 1086, 1093 (11th Cir.), *cert. denied*, 519 U.S. 982, 117 S. Ct. 435 (1996). The Court then re-evaluates the "similarly situated" question at a later stage, once discovery has produced more information regarding the nature of the plaintiffs' claims. Hipp, 252 F.3d at 117-18. Depending upon the information obtained as discovery progresses, Defendants intend to move for decertification.

While Defendants Plantation Sweets, Inc., Vidalia Plantation, Inc., and Ronald A. Collins generally agree with the language in the Proposed Notice of Right to Opt-In to Lawsuit submitted by Plaintiffs (Doc. 9-1), these Defendants offer the following revisions to make the notice more neutral and balanced by communicating these Defendants' position on the nature and extent of the lawsuit.

At the end of the description of Lawsuit section, Defendants Plantation Sweets, Inc., Vidalia Plantation, Inc., and Ronald A. Collins proposed adding the following sentences:

3

"Defendants Plantation Sweets, Inc., Vidalia Plantation, Inc., and Ronald A. Collins dispute the allegations made in the lawsuit and contend that all H-2A workers were properly paid all of their wages owed to them during their employment in compliance with the federal minimum wage law. Defendants Plantation Sweets, Inc., further denies that it employed any H-2A workers during the 2014 season."

In the Your Right to Join this Lawsuit section, Defendants Plantation Sweets, Inc., Vidalia Plantation, Inc., and Ronald A. Collins propose adding the word "minimum" in the first sentence before "wages" to clarify that the Opt-In provision only applies to the H-2A workers' FLSA minimum wage claims.

## CONCLUSION

WHEREFORE, Defendants Plantation Sweets, Inc., Vidalia Plantation, Inc., and Ronald A. Collins respectfully request that the foregoing revisions be accepted by this Court and the at the Proposed Notice of Right to Opt-In to Lawsuit be amended to reflect the additional language proposed by Defendants.

Respectfully submitted, this 5th day of May, 2015.

/s/ J. Kendall Gross
J. Kendall Gross
State Bar No. 313542

J. KENDALL GROSS, P.C.
Post Office Box 695
Metter, Georgia  30439
(912) 685-4619 Telephone
(912) 685-4523 Facsimile
email: kendall@jkendallgross.com

4

/s/ Glen A. Cheney
Glen A. Cheney
State Bar No. 122825

Post Office Box 1548
Reidsville, Georgia  30453
(912) 557-4606 Telephone
(912) 557-4909 Facsimile
email: gcheney@cheneylaw.com

Attorneys for Defendants Plantation Sweets, Inc., Vidalia Plantation, Inc. and Ronald A. Collins

## CERTIFICATE OF SERVICE

The undersigned certifies that the following parties appear on the electronic mail notice list maintained in the above case by the Clerk of the United States District Court for the Southern District of Georgia and were served with a copy of the within and foregoing Defendants Plantation Sweets, Inc., Vidalia Plantation, Inc., and Ronald A. Collins' Response to Plaintiffs' Motion for Conditional Certification of Collection Action by electronic notice from the Clerk, to-wit: Lisa J. Krisher, Dawson Morton, William Bradford Peard, and Theodore Earl Roethke.

This 5th day of May, 2015.

/s/ J. Kendall Gross
J. Kendall Gross
State Bar No. 313542

J. KENDALL GROSS, P.C.
Post Office Box 695
Metter, Georgia  30439
(912) 685-4619 Telephone
(912) 685-4523 Facsimile
email: kendall@jkendallgross.com

/s/ Glen A. Cheney
Glen A. Cheney
State Bar No. 122825

Post Office Box 1548
Reidsville, Georgia  30453
(912) 557-4606 Telephone
(912) 557-4909 Facsimile
email: gcheney@cheneylaw.com

Attorneys for Defendants Plantation Sweets, Inc., Vidalia Plantation, Inc. and Ronald A. Collins