# EXHIBIT F

# EXHIBIT F-1

PEREZ FORESTRY
DRAFT INVOICE TO
PLUM CREEK
DATED 1/14/2013

SUBJECT OF
MOTION TO SEAL

# PEREZ FORESTRY DRAFT INVOICE TO PLUM CREEK DATED 1/21/2013

# SUBJECT OF MOTION TO SEAL

# PEREZ FORESTRY DRAFT INVOICE TO PLUM CREEK DATED 1/24/2013

# SUBJECT OF MOTION TO SEAL

# EXHIBIT F-2

INVOICE

1/14/13

PLANTING PINE SEEDLINGS

TO : PLUM CREEK SOUTHERN TIMBER, L.P  
El DORADO UNIT  
1024 Sterlington Highway  
Farmerville, LA 71241

FROM : Perez Forestry  
P.O. Box 238  
Huttig, AR 71747

| TRACT & STAND | ACRES | COST / ACRE | % UNDER OR OVER STOCKED | LESS STOCKING | PAYMENT DUE |
|---|---|---|---|---|---|
| Strong Oil Field 513 | 136 | REDACTED | 101% | | REDACTED |
| Strong Oil Field 514 | 25 | | 100% | | |
| Winchester Road - 1451 | 23 | | 102% | | |
| Winchester Road - 1430 | 73 | | 105% | | |
| Furlough - 728 | 94 | | 105% | | |
| Edmonds Camp - 2147 | 96 | | 105% | | |
| Hogg Creek - 446 | 84 | | 102% | | |
| | 531 | | | | |

Signed: Narciso Perez

| Vendor # | Cont / PO # | Approval |
|---|---|---|
| 27038 | | |

| Co. | Unit | Major | Sub. | Amount | Activity Code | Account Cat. | Acres |
|---|---|---|---|---|---|---|---|
| 100 | 244100 | 992000 | 0308 | REDACTED | 050411130 | 4000 | 531 |

PC 000263

INVOICE

1/21/13

PLANTING PINE SEEDLINGS

TO: PLUM CREEK SOUTHERN TIMBER, L.P  
El DORADO UNIT  
1024 Sterlington Highway  
Farmerville, LA 71241

FROM: Perez Forestry  
P.O. Box 238  
Huttig, AR 71747

| TRACT & STAND | ACRES | COST / ACRE | % UNDER OR OVER STOCKED | LESS STOCKING | PAYMENT DUE |
|---|---|---|---|---|---|
| 11-86-21 | 63 | REDACTED | 101% | | REDACTED |
| Winchester Road - 1485 | 59 | | 100% | | |
| 11-58 - 8 | 66 | | 102% | | |
| 11-58 - 7 | 33 | | 105% | | |
| Tucker Town - 12 | 38 | | 105% | | |
| Ouachita City - 15 | 26 | | 105% | | |
| Tucker Town - 140 | 22 | | 97% | | |
| Yellow Jacket - 2 | 67 | | 102% | | |
| Moshak - 32 | 53 | | 105% | | |
| Alabama Landing - 234 | 101 | | 102% | | |
| Moshak - 126 | 57 | | 98% | | |
| 6 bags of trees | | | | 275 | |
| | 585 | | | 275 | |

Signed: *Narciso Perez*  
Narciso Perez

| Vendor # | | Cont / PO # | | | Approval | | |
|---|---|---|---|---|---|---|---|
| 27038 | | | | | | | |
| Co. | Unit | Major | Sub. | Amount | Activity Code | Account Cat. | Acres |
| 115 | 244100 | 992000 | 0308 | REDACTED | 220411130 | 4000 | 364 |
| 100 | 244100 | 992000 | 0308 | | 050411130 | 4000 | 221 |

PC 000264

INVOICE

1/24/13

PLANTING PINE SEEDLINGS

TO : PLUM CREEK SOUTHERN TIMBER, L.P  
El DORADO UNIT  
1024 Sterlington Highway  
Farmerville, LA 71241

FROM : Perez Forestry  
P.O. Box 238  
Huttig, AR 71747

| TRACT & STAND | ACRES | COST / ACRE | % UNDER OR OVER STOCKED | LESS STOCKING | PAYMENT DUE |
|---|---|---|---|---|---|
| Mount Ararat - 14 | 83 | REDACTED | 97% | | REDACTED |
| Finch Lake - 319 | 30 | | 100% | | |
| Finch Lake - 35 | 79 | | 102% | | |
| Lem Road - 51 | 29 | | 101% | | |
| Defee Lankford - 259 | 45 | | 98% | | |
| Lem Road - 54 | 39 | | 100% | | |
| Mark Beech - 36 | 61 | | 105% | | |
| | 366 | | | | REDACTED |

Signed: *Narciso Perez*

| Vendor # | Cont / PO # | Approval |
|---|---|---|
| 27038 | | *signature* |

| Co. | Unit | Major | Sub. | Amount | Activity Code | Account Cat. | Acres |
|---|---|---|---|---|---|---|---|
| 115 | 244100 | 992000 | O308 | REDACTED | 220411130 | 4000 | 366 |

PC 000265