# EXHIBIT D

# REQUEST FOR PRODUCTION NO. 4

| | | |
|---|---|---|
| **PLANTATION SWEETS INC.**<br>1652 RONNY COLLINS RD.<br>COBBTOWN, GA 30420<br>PH. (912) 684-2272 FAX (912) 684-4545 | | 26374<br>64-1144/612<br>03 |

Date: 1-31-13

PAY to the order of: Darrell's K+M Sanitation $1,934.00

one thousand nine hundred thirty four 00 Dollars

**MB METTER BANK**
A Division of Durden Banking Company, Inc

FOR: inv # 9995

Signature: JCee

REDACTED

# Darrell's K&M Sanitation

1551 J.L. Coleman Rd.
Vidalia, GA 30474

Phone #   912-537-2125       kandm01@yahoo.com

| Date | Invoice # |
|---|---|
| 1/9/2013 | 9995 |

**Bill To**

Plantation Sweets
1652 Ronny Collins Rd.
Cobbtown, Ga. 30420

RECEIVED JAN 2013

| P.O. No. | Terms | Project |
|---|---|---|
|  | Net 30 |  |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 4 | Portable Toilets  1.25/day/toilet     100 days | 125.00 | 500.00 |
| 96 | Service of Toilets     12.00/service/toilet | 12.00 | 1,152.00 |
| 94 | Supplies     3.00/service/toilet | 3.00 | 282.00 |
|  | 9-22-12 to 12-31-12 |  |  |

Total    $1,934.00

**PLANTATION SWEETS INC.**
1652 RONNY COLLINS RD.
COBBTOWN, GA 30420
PH. (912) 684-2272 FAX (912) 684-4545

No. 27438
64-1144/612 03

Date: 9/11/13

Pay to the order of: Darrell's K+M — $3,024.50

Three Thousand Twenty-Four Dollars +50/100 Dollars

**MB METTER BANK**

For: 10169

Signed: Ronald R. Collins

REDACTED

# Darrell's K&M Sanitation

1551 J.L. Coleman Rd.
Vidalia, GA 30474

Phone #   912-537-2125        kandm01@yahoo.com

| Date | Invoice # |
|---|---|
| 7/26/2013 | 10169 |

**Bill To**

Narcisso Perez

RECEIVED JUL 2 9 2013

| P.O. No. | Terms | Project |
|---|---|---|
|  |  |  |

| Quantity | Description | | Rate | Amount |
|---|---|---|---|---|
| 6 | Portable Toilets Rental | 1.25/day/toilet | 96.25 | 577.50 |
| 132 | Service of Toilets | 12.00/service/toilet | 12.00 | 1,584.00 |
| 126 | Supplies | 3.00/service/toilet | 3.00 | 378.00 |
|  | 4-2-13 to 6-17-13 | 3 sets serviced twice weekly |  |  |
| 4 | Portable Toilets Rental | | 46.25 | 185.00 |
| 20 | Service of Toilets | | 12.00 | 240.00 |
| 20 | Supplies | | 3.00 | 60.00 |
|  | 6--17-13 to 7-23-13 | | | |

Total    $3,024.50

**PLANTATION SWEETS INC.**
1652 RONNY COLLINS RD.
COBBTOWN, GA 30420
PH. (912) 684-2272 FAX (912) 684-4545

No. 27883
64-1144/612
03

Date: 3/14/14

PAY to the order of: Darnell's K+M

$ 691.50

Six Hundred- Ninety One dollars +50/100

**METTER BANK**
A Division of Durden Banking Company, Inc

FOR: 10295,

Signed: Ronald H Collins

# Darrell's K&M Sanitation

1551 J.L. Coleman Rd.
Vidalia, GA 30474

Phone #   912-537-2125        kandm01@yahoo.com

| Date | Invoice # |
|---|---|
| 1/2/2014 | 10295 |

**Bill To**

Plantation Sweets
1652 Ronny Collins Rd.
Cobbtown, Ga. 30420

| P.O. No. | Terms | Project |
|---|---|---|
|  | Net 30 |  |

| Quantity | Description |  | Rate | Amount |
|---|---|---|---|---|
| 2 | Portable Toilets Rental | 1.25/toilet/day | 93.75 | 187.50 |
| 34 | Service of Toilets | 12.00/service/toilet | 12.00 | 408.00 |
| 32 | Supplies | 3.00/service | 3.00 | 96.00 |
|  | 10-7-13 to 12-20-13 |  |  |  |
|  | Past Due |  |  |  |

Total  $691.50

**PLANTATION SWEETS INC.**
1652 RONNY COLLINS RD.
COBBTOWN, GA 30420
PH. (912) 684-2272 FAX (912) 684-4545

28308

64-1144/612
03

Date 7-9-14

Pay to the order of: Darrell's Ktm Sanitation    $ 2,387.35

two thousand three hundred eighty seven 35/100 Dollars

**MB METTER BANK**

FOR inv #10424

REDACTED

# Darrell's K&M Sanitation

1551 J.L. Coleman Rd.
Vidalia, GA 30474

Phone #   912-537-2125      kandm01@yahoo.com


RECEIVED

| Date | Invoice # |
|---|---|
| 6/16/2014 | 10424 |

**Bill To**

Plantation Sweets
1652 Ronny Collins Rd.
Cobbtown, Ga. 30420

| P.O. No. | Terms | Project |
|---|---|---|
|  | Net 30 |  |

| Quantity | Description |  | Rate | Amount |
|---|---|---|---|---|
| 6 | Portable Toilets Rental | 1.25/day/toilet | 108.75 | 652.50 |
| 105 | Service of Toilets | 13.00/toilet | 13.00 | 1,365.00 |
| 101 | Supplies | 3.00/toilet | 3.00 | 303.00 |
|  | tax |  | 66.85 | 66.85 |
|  | 3-19-14 to 6-13-14 |  |  |  |

Total  $2,387.35

| | | |
|---|---|---|
| **PLANTATION SWEETS INC.** | | 29109 |
| 1652 RONNY COLLINS RD. | | 64-1144/612 |
| COBBTOWN, GA 30420 | | 03 |
| PH. (912) 684-2272 FAX (912) 684-4545 | | |

Date 2/25/15

Pay to the order of: Darrell's K+M Sanitat $ 1,437.00

One thousand four hundred thirty seven dollars

**MB METTER BANK**
A Division of Durden Banking Company, Inc

FOR inv # 10569

REDACTED

# Darrell's K&M Sanitation

1551 J.L. Coleman Rd.
Vidalia, GA 30474

Phone #   912-537-2125     kandm01@yahoo.com

| Date | Invoice # |
|---|---|
| 1/13/2015 | 10569 |

**Bill To**

Plantation Sweets
1652 Ronny Collins Rd.
Cobbtown, Ga. 30420

| P.O. No. | Terms | Project |
|---|---|---|
|  | Net 30 |  |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 4 | Portable Toilets Rental | 141.25 | 565.00 |
| 56 | Service of Toilets | 13.00 | 728.00 |
| 48 | Supplies | 3.00 | 144.00 |
|  | 9-10-14 to 12-31-14 |  |  |

Total   $1,437.00