# EXHIBIT L



**AgWorksH2**
your fast track for reliable, legal labor

AgWorksH2, LLC
P.O. Box 580
408 West Marion Avenue
Lake Park, GA 31636
229.559.6879
229.559.8493 fax
www.AgWorksH2.com
info@AgWorksH2.com

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/22/2014 | 2945 |

| Job Order |
|-----------|
| 2014- 09/10/14  #4275 |

**PAID 07/22/2014**

**Bill To**

Vidalia Plantation, Inc.
Ronald A. Collins
1652 Ronny Collins Road
Cobbtown, GA  30420

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 1 | H-2A Application Fees - Stand Alone | 2,350.00 | 2,350.00 |
| 1 | H2A Visa Petition Services Fees | 500.00 | 500.00 |
| 1 | Attorney Fee Payable: 09/02/14 FADOA | 150.00 | 150.00 |
| 1 | H2A Client Prepaid Advertising | 575.00 | 575.00 |
| 1 | DOL Fees Payable (Base) | 100.00 | 100.00 |
| 1 | H2A USCIS Fees | 325.00 | 325.00 |

Payment of MRV (Visa) Fees and any associated charges for worker coordination (Appointments & Worker Fees) are due prior to worker appointments being scheduled and Visas being purchased.  Please contact AgWorks if the number above does not match the number of H2 workers you expect to request.

| | |
|---|---|
| **Total** | **$4,000.00** |
| Payments/Credits | -$4,000.00 |
| **Balance Due** | **$0.00** |

Message
_____

**From:**        Ronny Collins [ronny@plantationsweets.com]
**Sent:**        7/22/2014 8:55:10 PM
**To:**          Patricia Hall [/O=FIRST ORGANIZATION/OU=EXCHANGE ADMINISTRATIVE GROUP
                 (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Patricia Hall]
**Subject:**     Re: AgWorks
_____

Will do,
Thanks
Ronny Collins, CEO
Plantation Sweets, Inc.
912-684-2272 - Office
912-682-8200 - Cell
Sweet Onions
Sweet Corn
Watermelons
Sweet Potatoes

----- Original Message -----
**From:** Patricia Hall
**To:** Ronny Collins
**Cc:** Casey Dobrow
**Sent:** Tuesday, July 22, 2014 4:11 PM
**Subject:** RE: AgWorks

Thank you.  Our bookkeeper sent Tina the information for the wire transfer and we have the enrollment material.  Your case is assigned to Casey Dobrow one of our H-2A managers.   Once she sets up the file, she will let you know about the piece rates to be paid and the particulars of opening the job order with your State Workforce Agency.

Normally there is a progressive sequence of events that we take you through from start to finish.  However, because you do not have the time, we are going to have all aspects of the process going on at the same time.  It may seem chaotic but please respond just as quickly as possible when we send you paperwork to be signed and always call us every time you have a question or concern.

*Patricia M. Hall*
AgWorksH2, LLC
(229) 559-6879
www.AgWorksH2.com

*Confidentiality notice: Information contained in this email message is legally privileged and confidential. It is intended only for the use of the individual or recipient as named above. If you are not the named recipient above, you are hereby notified that any use, dissemination, distribution or copy of this email is strictly prohibited. If you have received this email in error, please immediately notify us by forwarding the original message to the email address listed above. Thank you.*

Hello Patricia,
Tina, my wife has forwarded the info to you.  If you need anything else just let me know.
Thanks,
Ronny Collins, CEO
Plantation Sweets, Inc.
912-684-2272 - Office
912-682-8200 - Cell
Sweet Onions
Sweet Corn
Watermelons
Sweet Potatoes
----- Original Message -----
**From:** Patricia Hall
**To:** ronny@plantationsweets.com
**Cc:** Casey Dobrow ; Terrie Pellitteri
**Sent:** Monday, July 21, 2014 6:11 PM
**Subject:** AgWorks

Below is an estimate of the costs associated with an application for 50 workers using our limited service option

| | | |
|---|---|---|
| *Application Fee (Fixed) | 1 | $2,850.00 |
| *Attorney Fee | 1 | $150.00 |
| *USCIS Fees - **enter number** of petitions anticipated to be filed with CIS using same Labor Certification) (AgWorks Fee included for multiple filings) (usually 1) | 1 | $325.00 |
| *Advertising (Estimate) | 1 | $575.00 |
| *AgWorks **H2A** Certification Fee (enter total number of workers) | 50 | $600.00 |
| *AgWorks  Fees (Variable) - option **B** (enter total # of workers) | 50 | $4,400.00 |
| Worker Processor Fees (DS-160 only)-option **B** (estimated at $65.00 per worker) | 50 | $3,25 |

| | | |
|---|---|---|
| | | 0.00 |
| *Worker MRV Fees - **B**  ($190.00 per worker) | 50 | $9,500.00 |

Cost  **$21,650.00**

In addition, you provide housing at no cost to the workers who reside outside of your local commuting area and you reimburse the non-local workers' inbound and return transportation and subsistence expenses.  You provide workers compensation insurance coverage.  You pay all H-2A workers and workers in corresponding employment the Adverse Effect Wage Rate, currently $10.00 per hour or the prevailing wage for the crops and activities (piece rates) when higher.

The H-2A case managers are working on applications for October 1st now.  We will file your application as an "emergency order" to get the earliest possible starting date --  which will be no earlier than 45 days from the date that you have your housing arrangements in order and you have verification of the workers compensation insurance coverage.    We know you need a starting date as early in September as possible so the quicker you can make those arrangements, the better.

In order to start work on your case we need prepayment of $4,000 that will be applied towards the costs above, and a completed set of enrollment paperwork (attached).  If you can wire it , Terrie in our office can provide the banking details.

I did call Mr. Perez back after we spoke just to confirm that Option B was what
you would need in terms of the worker facilitation.   Option B in a nutshell is self-recruitment with completion of the visa application forms and group appointment coordination by a third party worker facilitator Solstice International Consulting, L.C.  He confirmed recruits could have a minimum of one month of farm work experience.   If you need drug testing, estimates of transportation costs, or any additional information, let us know.

If you have questions about the enrollment material, call us.

Thank you for considering us and we look forward to working with you.

*Patricia M. Hall*
Vice President
AgWorksH2, LLC
(229) 559-6879
www.AgWorksH2.com

Confidentiality notice: Information contained in this email message is legally privileged and confidential. It is intended only for the use of the individual or recipient as named above. If you are not the named recipient above, you are hereby notified that any use, dissemination,



814-01-01-00 28101   325 C 001 19 S  66 002
PLANTATION SWEETS INC
1652 RONNY COLLINS RD
COBBTOWN GA   30420-3407

# Your account statement

For 07/31/2014

## Contact us

 BBT.com

 (800) BANK-BBT or (800) 226-5228

## Suppress your paper statements today!

Now is the time to sign up for online banking and experience our new enhanced features and easy to navigate layout.

**Online Statements are...**

- **More Accessible.**
  Access your statements for up to 24 months online, and save them directly to your computer. Now they'll always be right where you need them, when you need them.
- **More Convenient.**
  Receive alerts by email or text when your statement is ready to view.
- **More Secure.**
  Online statements help protect your confidential data and make it harder for identity thieves to get their hands on your account information. (Plus, it's better for the planet!)

It's easy to enroll.
Log on to BB&T Online at BBT.com
Access the "Statements" tab
Click "Statement Delivery and Alerts"
Select "Online Only" for all accounts and
agree to the terms and conditions

© 2014, Branch Banking and Trust Company.
All rights reserved.
Branch Banking and Trust Company, Member FDIC.

## ▪ BUSINESS ANALYZED CHECKING REDACTED

### Account summary

| | |
|---|---:|
| Your previous balance as of 06/30/2014 | $251,663.52 |
| Checks | - 424,415.66 |
| Other withdrawals, debits and service charges | - 32,425.53 |
| Deposits, credits and interest | + 414,569.37 |
| Your new balance as of 07/31/2014 | = $209,391.70 |

0002084

BB&T_08218
BB&T_08218

## Checks

| DATE | CHECK # | AMOUNT($) | DATE | CHECK # | AMOUNT($) | DATE | CHECK # | AMOUNT($) |
|---|---|---|---|---|---|---|---|---|
| 07/11 | 36370 | 2,209.46 | 07/11 | 36847 | 15,795.65 | 07/25 | 36910 | 16,543.63 |
| 07/02 | *36485 | 79.75 | 07/11 | 36848 | 6,650.28 | 07/25 | 36911 | 22,634.00 |
| 07/08 | *36670 | 366.13 | 07/11 | 36849 | 425.00 | 07/29 | 36912 | 27,434.25 |
| 07/09 | *36689 | 250.13 | 07/11 | 36850 | 1,750.00 | 07/25 | 36913 | 481.00 |
| 07/11 | *36700 | 94.25 | 07/11 | 36851 | 994.40 | 07/29 | *36917 | 186.72 |
| 07/11 | *36706 | 47.13 | 07/14 | *36853 | 1,200.00 | 07/22 | *183777 | 348.00 |
| 07/11 | *36719 | 43.50 | 07/11 | *36855 | 2,621.70 | 07/08 | *183972 | 543.75 |
| 07/08 | *36744 | 580.00 | 07/14 | 36856 | 970.00 | 07/08 | *184069 | 572.75 |
| 07/01 | *36763 | 413.25 | 07/11 | 36857 | 2,045.00 | 07/08 | *184136 | 406.00 |
| 07/01 | 36764 | 656.00 | 07/11 | 36858 | 5,751.60 | 07/11 | *184494 | 572.75 |
| 07/08 | *36767 | 398.75 | 07/11 | 36859 | 288.00 | 07/08 | *184514 | 565.50 |
| 07/01 | *36787 | 433.19 | 07/11 | 36860 | 288.00 | 07/16 | *184547 | 362.50 |
| 07/01 | 36788 | 204.81 | 07/15 | 36861 | 257.38 | 07/11 | *184570 | 601.75 |
| 07/02 | *36794 | 45.39 | 07/15 | 36862 | 453.00 | 07/01 | *184572 | 630.75 |
| 07/03 | 36795 | 8,000.00 | 07/16 | 36863 | 145.00 | 07/31 | *184588 | 630.75 |
| 07/01 | *36797 | 562.50 | 07/14 | 36864 | 384.25 | 07/02 | *184633 | 483.40 |
| 07/01 | 36798 | 760.00 | 07/14 | 36865 | 384.25 | 07/01 | *184639 | 623.50 |
| 07/08 | *36800 | 406.00 | 07/16 | 36866 | 384.25 | 07/01 | *184649 | 420.50 |
| 07/01 | 36801 | 648.00 | 07/14 | 36867 | 362.50 | 07/17 | *184655 | 616.25 |
| 07/01 | 36802 | 471.25 | 07/15 | 36868 | 416.00 | 07/01 | *184664 | 449.50 |
| 07/01 | 36803 | 449.50 | 07/14 | 36869 | 640.00 | 07/07 | 184665 | 420.50 |
| 07/01 | 36804 | 340.75 | 07/15 | 36870 | 376.00 | 07/01 | *184669 | 420.50 |
| 07/11 | 36805 | 297.25 | 07/11 | 36871 | 376.00 | 07/01 | *184679 | 864.00 |
| 07/01 | 36806 | 217.50 | 07/14 | 36872 | 384.25 | 07/01 | *184682 | 478.50 |
| 07/07 | 36807 | 239.25 | 07/11 | 36873 | 9,579.00 | 07/01 | 184683 | 696.00 |
| 07/01 | 36808 | 203.00 | 07/14 | *36875 | 2,432.00 | 07/01 | 184684 | 478.50 |
| 07/03 | *36810 | 203.00 | 07/21 | 36876 | 132.00 | 07/02 | 184685 | 688.00 |
| 07/01 | *36812 | 181.25 | 07/15 | 36877 | 380.00 | 07/08 | *184687 | 478.50 |
| 07/01 | 36813 | 744.00 | 07/21 | *36879 | 3,790.00 | 07/03 | 184688 | 616.25 |
| 07/10 | 36814 | 1,288.04 | 07/25 | 36880 | 1,288.04 | 07/01 | 184689 | 478.50 |
| 07/10 | 36815 | 1,288.04 | 07/21 | 36881 | 432.00 | 07/08 | 184690 | 478.50 |
| 07/07 | 36816 | 23,601.85 | 07/24 | 36882 | 480.00 | 07/14 | *184692 | 744.00 |
| 07/07 | *36818 | 10,586.50 | 07/21 | 36883 | 528.00 | 07/02 | 184693 | 608.00 |
| 07/03 | 36819 | 1,800.00 | 07/21 | 36884 | 384.25 | 07/01 | 184694 | 362.50 |
| 07/03 | 36820 | 408.00 | 07/21 | 36885 | 406.00 | 07/08 | 184695 | 471.25 |
| 07/07 | 36821 | 674.30 | 07/28 | 36886 | 311.75 | 07/01 | *184697 | 449.50 |
| 07/07 | 36822 | 662.00 | 07/21 | 36887 | 384.25 | 07/01 | 184698 | 925.00 |
| 07/08 | 36823 | 420.50 | 07/22 | 36888 | 464.00 | 07/11 | *184701 | 108.75 |
| 07/07 | 36824 | 514.75 | 07/18 | 36889 | 1,550.00 | 07/16 | 184702 | 529.25 |
| 07/11 | 36825 | 768.00 | 07/18 | 36890 | 348.00 | 07/08 | 184703 | 507.50 |
| 07/14 | 36826 | 514.75 | 07/18 | 36891 | 288.00 | 07/01 | 184704 | 456.75 |
| 07/07 | *36828 | 485.75 | 07/21 | 36892 | 442.25 | 07/01 | 184705 | 471.25 |
| 07/08 | 36829 | 420.50 | 07/18 | 36893 | 12,995.13 | 07/16 | 184706 | 529.25 |
| 07/07 | 36830 | 784.00 | 07/25 | 36894 | 414.00 | 07/03 | *184708 | 529.25 |
| 07/08 | 36831 | 638.00 | 07/18 | 36895 | 26,154.15 | 07/07 | 184709 | 427.75 |
| 07/08 | 36832 | 391.50 | 07/18 | 36896 | 358.50 | 07/01 | 184710 | 456.75 |
| 07/03 | *36834 | 18,400.00 | 07/24 | 36897 | 15,000.00 | 07/07 | 184711 | 420.50 |
| 07/03 | 36835 | 3,030.00 | 07/25 | 36898 | 192.00 | 07/01 | *184713 | 449.50 |
| 07/03 | 36836 | 665.00 | 07/25 | 36899 | 276.00 | 07/08 | 184714 | 50.00 |
| 07/03 | 36837 | 10,147.00 | 07/25 | 36900 | 1,875.00 | 07/09 | 184715 | 1,106.86 |
| 07/03 | 36838 | 10,147.00 | 07/28 | *36902 | 391.50 | 07/03 | *184717 | 950.00 |
| 07/08 | 36839 | 186.00 | 07/28 | 36903 | 309.75 | 07/03 | 184718 | 1,032.00 |
| 07/07 | *36841 | 4,650.00 | 07/28 | 36904 | 496.00 | 07/03 | 184719 | 684.00 |
| 07/15 | 36842 | 280.50 | 07/28 | 36905 | 408.00 | 07/03 | 184720 | 975.00 |
| 07/25 | 36843 | 1,302.00 | 07/28 | 36906 | 348.00 | 07/03 | 184721 | 1,044.00 |
| 07/11 | 36844 | 3,200.00 | 07/28 | 36907 | 246.50 | 07/07 | 184722 | 840.00 |
| 07/16 | 36845 | 1,288.04 | 07/28 | 36908 | 275.50 | 07/07 | 184723 | 1,110.00 |
| 07/16 | 36846 | 40.36 | 07/30 | 36909 | 152.25 | 07/03 | 184724 | 594.00 |

*continued*

BB&T_08219

BB&T_08219



■ BUSINESS ANALYZED CHECKING REDACTED (continued)

| DATE | CHECK # | AMOUNT($) | DATE | CHECK # | AMOUNT($) | DATE | CHECK # | AMOUNT($) |
|---|---|---|---|---|---|---|---|---|
| 07/03 | 184725 | 909.00 | 07/15 | 184779 | 368.00 | 07/21 | *184833 | 594.00 |
| 07/03 | 184726 | 1,470.00 | 07/15 | 184780 | 408.00 | 07/21 | 184834 | 384.25 |
| 07/08 | 184727 | 580.00 | 07/21 | 184781 | 384.25 | 07/22 | 184835 | 80.00 |
| 07/08 | 184728 | 720.00 | 07/11 | 184782 | 928.00 | 07/22 | *184837 | 558.00 |
| 07/08 | 184729 | 580.00 | 07/11 | 184783 | 480.00 | 07/24 | *184840 | 420.50 |
| 07/08 | 184730 | 544.00 | 07/14 | 184784 | 795.00 | 07/21 | 184841 | 384.25 |
| 07/07 | 184731 | 489.38 | 07/14 | 184785 | 391.50 | 07/28 | 184842 | 406.00 |
| 07/08 | 184732 | 580.00 | 07/14 | 184786 | 720.00 | 07/18 | *184844 | 561.00 |
| 07/10 | 184733 | 588.75 | 07/14 | 184787 | 384.25 | 07/23 | 184845 | 378.00 |
| 07/07 | 184734 | 536.50 | 07/14 | 184788 | 398.75 | 07/18 | 184846 | 975.00 |
| 07/08 | 184735 | 580.00 | 07/14 | 184789 | 730.00 | 07/28 | 184847 | 420.50 |
| 07/08 | 184736 | 580.00 | 07/18 | 184790 | 384.25 | 07/22 | 184848 | 400.00 |
| 07/08 | 184737 | 736.00 | 07/16 | 184791 | 398.75 | 07/25 | 184849 | 406.00 |
| 07/14 | 184738 | 752.00 | 07/15 | 184792 | 398.75 | 07/28 | 184850 | 406.00 |
| 07/08 | 184739 | 640.00 | 07/14 | 184793 | 384.25 | 07/21 | 184851 | 384.25 |
| 07/21 | 184740 | 514.75 | 07/15 | 184794 | 362.50 | 07/21 | *184853 | 150.00 |
| 07/07 | *184742 | 900.00 | 07/15 | 184795 | 398.75 | 07/21 | 184854 | 467.63 |
| 07/08 | 184743 | 514.75 | 07/11 | 184796 | 561.00 | 07/21 | 184855 | 620.00 |
| 07/08 | 184744 | 840.00 | 07/11 | 184797 | 738.00 | 07/25 | 184856 | 596.77 |
| 07/07 | *184746 | 882.00 | 07/11 | 184798 | 945.00 | 07/28 | *184858 | 520.00 |
| 07/08 | 184747 | 514.75 | 07/14 | 184799 | 398.75 | 07/28 | 184859 | 528.00 |
| 07/16 | 184748 | 580.00 | 07/15 | 184800 | 398.75 | 07/25 | 184860 | 780.00 |
| 07/08 | 184749 | 580.00 | 07/17 | 184801 | 384.25 | 07/28 | 184861 | 336.00 |
| 07/07 | 184750 | 514.75 | 07/15 | 184802 | 384.25 | 07/25 | 184862 | 780.00 |
| 07/15 | 184751 | 580.00 | 07/21 | 184803 | 384.25 | 07/28 | 184863 | 471.25 |
| 07/16 | 184752 | 580.00 | 07/14 | 184804 | 500.00 | 07/28 | 184864 | 348.00 |
| 07/07 | 184753 | 580.00 | 07/21 | 184805 | 384.25 | 07/28 | 184865 | 398.75 |
| 07/07 | 184754 | 752.00 | 07/14 | 184806 | 363.84 | 07/28 | 184866 | 217.50 |
| 07/08 | 184755 | 558.25 | 07/21 | 184807 | 100.00 | 07/25 | 184867 | 897.00 |
| 07/07 | 184756 | 514.75 | 07/21 | 184808 | 71.16 | 07/25 | 184868 | 1,066.00 |
| 07/17 | 184757 | 514.75 | 07/18 | 184809 | 567.11 | 07/28 | 184869 | 319.00 |
| 07/07 | 184758 | 464.00 | 07/22 | *184811 | 496.00 | 07/28 | 184870 | 348.00 |
| 07/07 | 184759 | 660.00 | 07/21 | 184812 | 480.00 | 07/28 | *184872 | 576.00 |
| 07/07 | 184760 | 514.75 | 07/18 | 184813 | 800.00 | 07/25 | *184875 | 1,102.00 |
| 07/08 | 184761 | 100.00 | 07/22 | 184814 | 392.00 | 07/25 | 184876 | 780.00 |
| 07/18 | 184762 | 530.46 | 07/18 | 184815 | 840.00 | 07/28 | 184877 | 1,125.00 |
| 07/15 | *184764 | 398.75 | 07/28 | 184816 | 420.50 | 07/28 | 184878 | 326.25 |
| 07/15 | 184765 | 448.00 | 07/22 | 184817 | 471.25 | 07/28 | 184879 | 558.00 |
| 07/11 | 184766 | 700.00 | 07/22 | 184818 | 406.00 | 07/28 | 184880 | 348.00 |
| 07/14 | 184767 | 398.75 | 07/18 | 184819 | 754.00 | 07/29 | *184882 | 576.00 |
| 07/15 | 184768 | 432.00 | 07/18 | 184820 | 1,105.00 | 07/28 | 184883 | 348.00 |
| 07/11 | 184769 | 540.00 | 07/22 | 184821 | 420.50 | 07/28 | *184885 | 449.50 |
| 07/14 | 184770 | 420.50 | 07/25 | 184822 | 420.50 | 07/28 | 184886 | 348.00 |
| 07/15 | 184771 | 398.75 | 07/21 | 184823 | 311.75 | 07/28 | 184887 | 348.00 |
| 07/15 | 184772 | 420.50 | 07/22 | 184824 | 480.00 | 07/25 | *184889 | 583.00 |
| 07/14 | 184773 | 275.50 | 07/23 | *184826 | 72.00 | 07/28 | 184890 | 747.00 |
| 07/11 | 184774 | 528.00 | 07/18 | *184828 | 1,087.50 | 07/28 | 184891 | 1,185.00 |
| 07/11 | 184775 | 845.00 | 07/21 | 184829 | 780.00 | 07/29 | 184892 | 340.75 |
| 07/14 | 184776 | 391.50 | 07/21 | 184830 | 1,170.00 | 07/28 | *184895 | 348.00 |
| 07/17 | 184777 | 398.75 | 07/23 | 184831 | 72.00 | 07/28 | *184897 | 620.00 |
| 07/15 | 184778 | 440.00 | | | | | | |

* indicates a skip in sequential check numbers above this item

Total checks   = $424,415.66

0002085

BB&T_08220

### Other withdrawals, debits and service charges

| DATE | DESCRIPTION | AMOUNT($) |
|------|-------------|-----------|
| 07/01 | BUS ONLINE ACH/WIRE SERV FEE 7263 | 15.00 |
| 07/01 | ELECT PYMT CARDMEMBER SERV 4482 PAYABLE,ACCOUNTS | 2,801.91 |
| 07/07 | ACH CORP DEBIT USATAXPYMT IRS PLANTATION SWEETS INC | 849.62 |
| 07/14 | ACH CORP DEBIT USATAXPYMT IRS PLANTATION SWEETS INC | 604.84 |
| 07/18 | ACH CORP DEBIT GA TX PYMT GEORGIA ITS TAX PLANTATION SWEETS INC | 222.40 |
| 07/21 | SERVICE CHARGES - PRIOR PERIOD | 131.53 |
| 07/21 | ACH CORP DEBIT USATAXPYMT IRS PLANTATION SWEETS INC | 620.41 |
| 07/22 | BUS ONLINE DOMESTIC WIRE WIRE REF # 20140722-00007685 | 4,000.00 |
| 07/22 | Domestic wire Trans Fee 7267 | 15.00 |
| 07/28 | ACH CORP DEBIT USATAXPYMT IRS PLANTATION SWEETS INC | 633.01 |
| 07/29 | ACH CORP DEBIT QRMT Pymt BANK OF AMERICA 4339930027258989   00 | 10,193.38 |
| 07/29 | ELECT PYMT CARDMEMBER SERV 4482 PAYABLE,ACCOUNTS | 12,194.43 |
| 07/29 | OVERDRAFT ITEM FEE ($36/ITEM)   36 | 144.00 |
| | Total other withdrawals, debits and service charges | = $32,425.53 |

### Deposits, credits and interest

| DATE | DESCRIPTION | AMOUNT($) |
|------|-------------|-----------|
| 07/01 | DEPOSIT | 45,532.57 |
| 07/07 | DEPOSIT | 46,553.40 |
| 07/15 | DEPOSIT | 63,580.10 |
| 07/21 | DEPOSIT | 15,194.43 |
| 07/25 | DEPOSIT | 32,119.47 |
| 07/30 | DEPOSIT | 11,922.00 |
| 07/31 | DEPOSIT | 80,000.00 |
| 07/31 | DEPOSIT | 119,667.40 |
| | Total deposits, credits and interest | = $414,569.37 |

BB&T will discontinue the BB&T Cash Rewards program for BB&T Business Debit Cards effective August 31, 2014. You may redeem earned cash back balances of $5.00 or greater by accessing the BB&T Cash reward Web site through BB&T Small Business Online until September 30, 2014.  The Visa SavingsEdge® program for BB&T Business Debit Cards will continue to be offered. Visit www.visasavingsedge.com/bbt to learn more or to register your BB&T Business Debit Card for this program.

BB&T_08221

BB&T_08221



# Questions, comments or errors?

Member FDIC

For general questions/comments or to report errors about your statement or account, please call BB&T Phone24 at 1-800-BANK BBT (1-800-226-5228) 24 hours a day, 7 days a week. BB&T Phone24 Client Service Associates are available to assist you from 6 a.m. until midnight ET. You may also contact your local BB&T financial center. To locate a BB&T financial center in your area, please visit BBT.com.

### Electronic fund transfers

In case of errors or questions about your electronic fund transfers, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, contact us as soon as possible. You may write to us at the following address:

BB&T Liability Risk Management
P.O. Box 996
Wilson, NC 27894-0996

You may also call BB&T Phone24 at 1-800-BANK BBT or visit your local BB&T financial center. We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the error or problem appeared. Please provide the following information:

- Your name and account number
- Describe the error or transfer you are unsure about, and explain in detail why you believe this is an error or why you need more information
- The dollar amount of the suspected error

We will investigate your complaint/concern and promptly take corrective action. If we take more than ten (10) business days to complete our investigation, your account will be credited for the amount you think is in error, minus a maximum of $50 if we have a reasonable basis to believe that an unauthorized electronic fund transfer has occurred. This will provide you with access to your funds during the time it takes us to complete our investigation. You may have no liability for unauthorized Check Card purchases, subject to the terms and conditions in the current BB&T Electronic Fund Transfer Agreement and Disclosures. If you have arranged for direct deposit(s) to your account, please call BB&T Phone24 at 1-800-BANK BBT to verify that a deposit has been made.

If your periodic statement shows transfers that you did not make, tell us at once. If you do not inform us within sixty (60) days after the statement was mailed to you, you may not get back any money you lost after sixty (60) days. This will occur if we can prove that we could have stopped someone from taking the money if you had informed us in time. If a good reason kept you from informing us, we will extend the time periods.

### Important Information about your Constant Credit Account

Once advances are made from your Constant Credit Account, an INTEREST CHARGE

will automatically be imposed on the account's outstanding "Average daily balance." The INTEREST CHARGE is calculated by applying the "Daily periodic rate" to the "Average daily balance" of your account (including current transactions) and multiplying this figure by the number of days in the billing cycle. To get the "Average daily balance," we take the beginning account balance each day, add any new advances or debits, and subtract any payments or credits and the last unpaid INTEREST CHARGE. This gives us the daily balance. Then we add all of the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average daily balance."

### Billing rights summary

**In case of errors or questions about your Constant Credit statement**

If you think your statement is incorrect, or if you need more information about a Constant Credit transaction on your statement, please call 1-800-BANK BBT or visit your local BB&T financial center. To dispute a payment, please write to us on a separate sheet of paper at the following address:

BankCard Services Division
P.O. Box 200
Wilson, NC 27894-0200

We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the error or problem appeared. You may telephone us, but doing so will not preserve your rights. In your letter, please provide the following information:

- Your name and account number
- Describe the error or transfer you are unsure about, and explain in detail why you believe this is an error or why you need more information
- The dollar amount of the suspected error

During our investigation process, you are not responsible for paying any amount in question; you are, however, obligated to pay the items on your statement that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount in question.

### Mail-in deposits

If you wish to mail a deposit, please send a deposit ticket and check to your local BB&T financial center. Visit BBT.com to locate the BB&T financial center closest to you. Please do not send cash.

### Change of address

If you need to change your address, please visit your local BB&T financial center or call BB&T Phone24 at 1-800-BANK BBT (1-800-226-5228).

| How to Reconcile Your Account | Outstanding Checks and Other Debits (Section A) | | | |
|---|---|---|---|---|
| | Date/Check # | Amount | Date/Check # | Amount |
| 1. List the new balance of your account from your latest statement here: | | | | |
| 2. Record any outstanding debits (checks, check card purchases, ATM withdrawals, electronic transactions, etc.) in section A. Record the transaction date, the check number or type of debit and the debit amount. Add up all of the debits, and enter the sum here: | | | | |
| 3. Subtract the amount in line 2 above from the amount in line 1 above and enter the total here: | | | | |
| 4. Record any outstanding credits in section B. Record the transaction date, credit type and the credit amount. Add up all of the credits and enter the sum here: | Outstanding Deposits and Other Credits (Section B) | | | |
| | Date/Type | Amount | Date/Type | Amount |
| 5. Add the amount in line 4 to the amount in line 3 to find your balance. Enter the sum here. This amount should match the balance in your register. | | | | |
| For more information, please contact your local BB&T relationship manager, visit BBT.com, or contact BB&T Phone24 at 1-800-BANK BBT (1-800-226-5228). | | | | |

BB&T_08222
BB&T_08222