UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

STATESBORO DIVISION

| | |
|---|---|
| EMILIANO HERRERA-VELAZQUEZ, )<br>*et al*, )<br>  )<br>  Plaintiffs, )<br>  )<br>v. )<br>  )<br>PLANTATION SWEETS, INC. )<br>VIDALIA PLANTATION, INC. )<br>RONALD A. COLLINS, )<br>NARCISO PEREZ, and )<br>PEREZ FORESTRY, LLC, )<br>  )<br>  Defendants. ) | Case No. CV614-127 |

## ORDER

The Court **GRANTS** the motion of defendants Ronald A. Collins, Plantation Sweets, Inc., and Vidalia Plantation, Inc., to stay this case in light of their bankruptcies. Doc. 141. For docket-clearing purposes only, the Court **DENIES** as moot their motions for a protective order (doc. 113), for an extension of time within which to file an answer and respond to plaintiffs' discovery (doc. 123), and to extend discovery. Doc. 131.

The Court **GRANTS** the Perez defendants' (Perez Forestry, LLC's and Narciso Perez's) page-limitation motion. Doc. 128. It **DENIES**

their motions to compel and extend discovery, docs. 123 & 129, along with plaintiff's motion to compel, doc. 98 -- without prejudice to renew them after counsel for plaintiffs and the Perezes confer.[1] Finally, plaintiffs' partial summary judgment motion (doc. 101) remains pending before the district judge; it is up to him whether to administratively deny it without prejudice to renew.

**SO ORDERED**, this 22nd day of July, 2016.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] With several pockets now blocked by bankruptcy, it behooves plaintiffs' counsel to reassess judgment collectability here.