# In the United States District Court
# for the Southern District of Georgia
# Statesboro Division

| | |
|---|---|
| EMILIANO HERRERA-VELAZQUEZ, et al., <br><br> Plaintiff, <br><br> v. <br><br> PLANTATION SWEETS, INC., et al., <br><br> Defendants. | 6:14-cv-127 |

## ORDER

On January 8, 2018, this Court directed the remaining Plaintiffs to show cause why their repeated failure to follow the Court's instruction should not result in dismissal. Dkt. No. 162. The Court gave them until January 18, 2018 to do so. They failed to do so. The show cause order warned: "Failure to show adequate cause will result in dismissal." Id. Such a dismissal is now in order.

Therefore, Plaintiffs' remaining claims in this case are dismissed in their entirety, and the Clerk of Court is directed to close the case.

SO ORDERED, this 13th day of February, 2018.

HON. LISA GODBEY WOOD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA